**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  19-60280-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

       Plaintiff,

vs.

**VICTOR FOSSI GRIECO** and
**JEAN CARLOS SANCHEZ ROJAS**,

       Defendants.

_____/

## ORDER

THIS CAUSE came before the Court on Defendant, Victor Fossi Grieco's Unopposed Motion to Continue Status Conference [ECF No. 19].  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  The status conference is rescheduled to November 12, 2019 at 8:55 a.m.

**DONE AND ORDERED** in Miami, Florida, this 16th day of October, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record