UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60280-CR-ALTONAGA

UNITED STATES OF AMERICA

vs.

VICTOR FOSSI GRIECO and
JEAN CARLOS SANCHEZ ROJAS,

      **Defendant.**

_____ /

## UNITED STATES RESPONSE TO
## THE STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    A.

1. The government is unaware of any written statement made by the defendants to law enforcement.

2. The contents of any oral statements made by the defendants to law enforcement is enclosed herein.

3. No defendant testified before the Grand Jury.

4. A copy of the defendants' NCICs is attached.

5. Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney, 99 Northeast 4th Street, Miami, Florida, 6th Floor. In particular, the government is including copies of pertinent materials from the search warrant in this response. **Additional material from the search warrant (e.g., records from the phones) may be reviewed by contacting the undersigned to set up a date and time that is convenient to both parties.** Please call the undersigned with 48-hours notice if you intend to review the evidence at this date and time.

        The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

6. There were no physical or mental examinations or scientific tests or experiments made in connection with this case. There was an analysis of the purity of the gold seized and that is included within discovery.

B. DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

D. The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

E. The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F. No defendant was identified in a lineup, show-up or photo spread.

G. The government has advised its agents and officers involved in this case to preserve all rough notes.

H. The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

The government is aware, with respect to Victor Fossi Grieco, that the defendant took several previous flights involving the smuggling of gold and may introduce evidence of that at trial to establish lack of mistake.

I. The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J. The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K. No contraband is involved in this indictment.

L. The government is aware of an aircraft allegedly used in the commission of this offense that is in the government's possession.

M. The government is not aware of latent fingerprints or palm prints which have been identified by a government expert as those of the defendant(s).

N. The government has not received a request for disclosure of the subject-matter of expert testimony that the government reasonably expects to offer at trial. The government does not intend to offer any expert testimony at trial.

O. The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

P. At the discovery conference scheduled in Section A.5, above, the government will seek written stipulations to agreed facts in this case, to be signed by the defendant and defense counsel.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

Please find attached an index with a production log setting forth the documents being produced.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: s/Michael N. Berger
MICHAEL N. BERGER
Assistant United States Attorney
Court No. A5501557
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9445
E-mail: michael.berger2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the attached was filed using CM/ECF on October 24, 2019 and a copy of the discovery will be mailed to counsel of record:

*Counsel for Victor Fossi Grieco*
Michael J. Rosen, Esq.
100 S.E. 2nd Street
Suite 3400
Miami, FL 33131

*Counsel for Jean Carlos Sanchez Rojas*
Joseph Rosenbaum
Rosenbaum & Acevedo LLP
40 NW 3rd Street
Suite 200
Miami, FL 33138

    s/Michael N. Berger
    Assistant United States Attorney

## Index of Documents

| Folder | Contents |
| --- | --- |
| CBP Records | Internal records and Passport Control form for Sanchez Rojas and wife |
| Flight Log | Images of Flight Logs for Private Aircraft |
| Fossi Phone | Whatsapp conversations from Fossi Phone |
| Lab Analysis | Analysis of Gold Seized from Plane |
| Miranda Warnings | Signed Miranda Warnings |
| NCIC | NCIC records of Victor Fossi Grieco and Jean Carlos Sanchez Rojas |
| Pictures | Pictures from Aircraft and Seizure of Gold |
| ROI | Memoranda of Interview re: Victor Fossi Grieco, Jean Carlos Sanchez Rojas and Katerin Ruiz |
| Rojas Phone | Whatsapp conversations and images from Sanchez Rojas Phone |
| Sample Disclosure Forms | Sample gold disclosure forms |
| Warrant | Search warrant for cell phones |