UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-60280-CR-ALTONAGA

UNITED STATES OF AMERICA

vs.

JEAN CARLOS SANCHEZ ROJAS,

    Defendant.
_____/

## FACTUAL PROFFER

Had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

On or about September 20, 2019, Jean Carlos Sanchez Rojas flew on a private airplane with tail number YV3325 from Caracas, Venezuela to Fort Lauderdale Executive Airport. Upon arrival at the inspection station, Customs and Border Protection ("CBP") officers conducted an examination of plane. Inside the nose of the plane, CBP officers found numerous bars of gold hidden under a solid metal covering. Law enforcement officers weighed the gold seized from the plane and it weighed approximately 230 pounds. The gold has an estimated value of approximately $4.6 million. Some of the gold (approximately 10 kilos) had the initials of the defendant on the front of the gold.

Upon arrival at Fort Lauderdale Executive Airport, the defendant completed a United States customs declaration form at an automated CBP kiosk. The defendant declared on the form that he was not bringing any commercial merchandise for sale into the United States.

After receiving and waiving his Miranda rights, the defendant stated that he knew about the gold on the plane. The defendant said that he had been responsible for approximately 10 kilos of the gold on the plane. The defendant said he was to receive a fee for his involvement in bringing the gold into the United States where it would be sold. The defendant had an obligation to report the gold merchandise, but knowingly failed to report the merchandise on the customs declaration form.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 11/19/2019    By: _____
                         MICHAEL N. BERGER
                         ASSISTANT UNITED STATES ATTORNEY

Date: 11/15/19      By: _____
                         JOSEPH ROSENBAUM
                         ATTORNEY FOR DEFENDANT

Date: 11/15/2019    By: _____
                         JEAN CARLOS SANCHEZ ROJAS
                         DEFENDANT

2